DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DODERICK WOODS-SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0211

[May 21, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 062015CF010006A88810.

Doderick Woods-Smith, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***